# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAUMU JAMES,<br><br>    Petitioner,<br><br>    v.<br><br>WARREN L. MONTGOMERY, Warden,<br><br>    Respondent. | Case No. 2:20-cv-05651-SVW (SP)<br><br>**JUDGMENT** |

    Pursuant to the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: September 1, 2021

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE